1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10

11   WILLIAM BELL,                          )   No.  CV 13-2512-MWF (AGR)
                                            )
12                    Plaintiff,            )
                                            )
13        v.                                )   ORDER ACCEPTING FINDINGS AND
                                            )   RECOMMENDATION OF UNITED
14   CAROLYN W. COLVIN,                     )   STATES MAGISTRATE JUDGE
     Commissioner of Social Security,       )
15                                          )
                      Defendant.            )
16   _____)

17

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on

19   file, and the Report and Recommendation of the United States Magistrate Judge. The

20   parties have not filed any Objections to the Report.  The Court accepts the findings

21   and recommendation of the Magistrate Judge.

22         IT IS ORDERED that Judgment be entered for the Plaintiff and that this action

23   is remanded to the Commissioner for further proceedings consistent with Report and

24   Recommendation.

25

26   DATED:  May 23, 2014          _____

27                                      MICHAEL W. FITZGERALD
                                        United States District Judge

28